JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ELIZABETH RODRIGUEZ,

          Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

          Defendant.

No. 5:25-cv-02607-RGK (JDE)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 16, 2026

_____
R. GARY KLAUSNER
United States District Judge